| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>MICHAEL E. GATES, City Attorney (SBN 258446)<br>MICHAEL J. VIGLIOTTA, Chief Asst. City Atty. (SBN 207630)<br>CITY ATTORNEY'S OFFICE CITY OF HUNTINGTON BEACH<br>2000 Main Street<br>Huntington Beach, CA 92648<br>Tel: (714) 536-5555<br><br>ATTORNEY(S) FOR: CITY OF HUNTINGTON BEACH | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City and Municipal Corporation<br><br>Plaintiff(s),<br>v.<br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually; et. al.<br><br>Defendant(s) | CASE NUMBER:<br><br><br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___City of Huntington Beach___ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| City of Huntington Beach | Plaintiff |
| Huntington Beach City Council | Plaintiff |
| Tony Strickland | Plaintiff |
| Gracey Van Der Mark | Plaintiff |
| Gavin Newsom | Defendant |
| Gustavo Velasquez | Defendant |
| State Legislature | Defendant |
| State of California Department of Housing and Community Development | Defendant |
| Souther California Association of Governments | Defendant |
| DOES 1-50 inclusive | Defendants |

March 9, 2023                              /s/ Michael E. Gates
Date                                        Signature

Attorney of record for (or name of party appearing in pro per):

City of Huntington Beach