MICHAEL E. GATES, City Attorney (SBN 258446)
MICHAEL J. VIGLIOTTA, Chief Assistant City Attorney (SBN 207630)
Office of the City Attorney
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
(714) 536-5555
Email: Michael.Gates@surfcity-hb.org
Email: MVigliotta@surfcity-hb.org

Attorneys for Plaintiffs
CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, HUNTINGTON BEACH CITY COUNCIL, and
MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and
MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK<br><br>      Plaintiffs,<br><br>      v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually; GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE LEGISLATURE; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND | CASE NO. 8:23-CV-00421-FWD (ADSx)<br><br>**[PROPOSED] ORDER GRANTING A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION** |

1

COMMUNITY DEVELOPMENT;
SOUTHERN CALIFORNIA
ASSOCIATION OF
GOVERNMENTS; and
DOES 1-50, inclusive,

        Defendants.

Plaintiff CITY OF HUNTINGTON BEACH ("City") applied for a temporary restraining order and order to show cause regarding the fines and penalties contained within Cal. Gov. Code sections 65585 and 65589.5, which will occur if California's Department of Housing & Community Development ("HCD") does not certify the City's current Housing Element and/or the City does not comply with HCD's Regional Housing Needs Assessment Allocation ("RHNA") number to the City. The Court has considered the moving papers submitted by Plaintiff, and any response by Defendants.

For good cause shown, IT IS ORDERED that Defendants are temporarily restrained from enforcing any of the fines or penalties enumerated within Cal. Gov. Code sections 65585 and 65589.5, including:

1. Loss of Permitting Authority pursuant to Cal. Gov. Code section 65589.5(d)(5)(B);
2. The Builder's Remedy pursuant to Cal. Gov. Code section 65589.5(d);
3. A lawsuit filed by HCD seeking to enforce the City's compliance with their current RHNA number to the City;
4. Court receivership pursuant to Cal. Gov. Code section 65585(l)(3)(B); and
5. Fines and penalties pursuant to Cal. Gov. Code section 65585(l)(1).

IT IS FURTHER ORDERED Defendants shall show cause, if any it has, why fines and penalties contained within Cal. Gov. Code sections 65585 and 65589.5, shall not be enjoined pending trial of this action or further order of the Court.  A copy of this order and papers filed by Plaintiff shall be served on Defendants no

later than_____, 2023.  Any opposition to the preliminary injunction shall be filed with the Court no later than_____, 2023.  Plaintiff may file an optional reply brief on or before_____, 2023.  Hearing of this Order to Show Cause shall be at_____.m. on_____, 2023.

Dated:_____

By:_____
UNITED STATES DISTRICT JUDGE