MICHAEL E. GATES, City Attorney (SBN 258446)
MICHAEL J. VIGLIOTTA, Chief Assistant City Attorney (SBN 207630)
Office of the City Attorney
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
(714) 536-5555
Email: Michael.Gates@surfcity-hb.org
Email: MVigliotta@surfcity-hb.org

Attorneys for Plaintiffs
CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, HUNTINGTON BEACH CITY COUNCIL, and
MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and
MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually; GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE LEGISLATURE; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND | CASE NO. 8:23-CV-00421-FWD (ADSx)<br><br>**DECLARATION OF MICHELE HOFFMAN RE SERVICE OF DOCUMENTS ON GAVIN NEWSOM IN HIS CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA AND INDIVIDUALLY** |

1

| | |
|---|---|
| 1 | COMMUNITY DEVELOPMENT; SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS; and DOES 1-50, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

## DECLARATION OF MICHELE HOFFMAN

1. I am a Senior Legal Assisant in the Office of the City Attorney for the City of Huntington Beach. The following is within my own personal knowledge, and if called upon to testify I could and would competently testify thereto.

2. On March 14, 2023, I personally directed our attorney service, Janney & Janney, to serve the Complaint for Declatory Relief, Injunctive Relief, Civil Case Cover Sheet, Certification and Notice of Interested Parties, Notice of Assignment to United States Judges; Notice to Counsel re Consent to Proceed before a U.S. Magistrate Judge; Notice to Parties of Court-Directed ADR Program; Civil Standing Order and Summons in a Civil Action.

3. On March 14, 2023 at 2:46 p.m. I received an email from Janney & Janney indicating they were advised by Brandi Lopes of the Office of the Governor of California that service needed to be effectuated by email to the email address of: Serviceofprocess@gov.ca.gov. (See Exhibit 1 attached hereto)

4. On March 14, 2023 at 3:27 I personally emailed to the address provided by Brandi Lopes, Serviceofprocess@gov.ca.gov the following documents: Summons in a Civil Action, Complaint, Civil Case Cover Sheet, Certification and Notice of Interested Parties, Notice of Assignment to United States Judges, Notice to Counsel re Consent to Proceed before a U.S. Magistrate, Notice to Parties of Court-Directed ADR Program, Civil Standing Order, Application for Temporary Restraining Order, Declaration of Michael E. Gates, Declaration of Tony Strickland,

2

DECLARATION OF MICHELE HOFFMAN RE SERVICE OF DOCUMENTS ON GAVIN NEWSOM IN HIS CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA AND INDIVIDUALLY

1. Declaration of Gracey Van Der Mark and a Proposed Order re Temporary
2. Restraining Order. (See Exhibit 2 attached hereto)
3.     5.    On March 14, 2023 at 3:29 p.m. I received a responsive email from the
4. Governer's Office, confirming the Goveror accepts service via this email address.
5. (See Exhibit 3 attached hereto)
6.     I declare under penalty of perjury of the laws of the United States and the
7. State of California that the foregoing is true and correct.
8.     Executed this 15th day of March, at Huntington Beach, California.

_____
MICHELE HOFFMAN

3

DECLARATION OF MICHELE HOFFMAN RE SERVICE OF DOCUMENTS ON GAVIN NEWSOM IN HIS CAPACITY AS GOVERNOR OF THE STATE OF CALIFORNIA AND INDIVIDUALLY

## Hoffman, Michele

| | |
|---|---|
| **From:** | jjlacourt@janneyandjanney.com |
| **Sent:** | Tuesday, March 14, 2023 2:46 PM |
| **To:** | Hoffman, Michele |
| **Subject:** | Status Update for City of Huntington Beach v. Newsom, Gavin, 8:23-cv-00421 |

### Process Serving Order Pending

Janney and Janney is in the process of completing your Process Serving order to serve the following document(s):

> **Complaint for Declaratory Relief; Injunctive Relief**
> **Civil Case Cover Sheet**
> **Certification and Notice of Interested Parties**
> **Notice of Assignment to United States Judges**
> **Notice to Counsel re Consent to Proceed before a US Magistrate**
> **Notice to Parties of Court-Directed ADR Program**
> **Civil Standing Order**
> **Summons in a Civil Action**

**For: Gavin Newsom, in his official capacity as Governor of the State of California, and individually, Individual**

Status(es):

Tue, Mar 14, 2023  02:45 PM 1021 O Street 9000 Sacramento, CA 95814. Will hold for 7 days. Please advise

Mon, Mar 13, 2023 03:18 PM 1021 O Street 9000, Sacramento, Ca 95814. Unable to serve at the given location. per Brandi Lopes (w/f/40/brn/55/140) they accept service via email. Send to: Serviceofprocess@gov.ca.gov

Should you have any questions, please contact our Los Angeles Office at 213-628-6338, jjlacourt@janneyandjanney.com or you can log in and manage your cases and orders at
janneyandjanney.legalconnect.com

Thank you for using Janney and Janney.

Order(s): **7251989-01**

Billing Code: **RHNA**

Order Requested by: **Michele Hoffman**

This automated message is being sent by Janney & Janney It is intended exclusively for the individuals and/or entities to which it is addressed. This communication including any links or attachments, may contain information that is proprietary, confidential, privileged or otherwise exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate any part of this message, or any part of any links or attachments thereto. If you have received this message in error, please notify the sender immediately by email and delete all copies of the message and attachments from your records.

**EXHIBIT 1**





# Hoffman, Michele

| | |
|---|---|
| **From:** | Hoffman, Michele |
| **Sent:** | Tuesday, March 14, 2023 3:27 PM |
| **To:** | Serviceofprocess@gov.ca.gov |
| **Subject:** | City of Huntington Beach v. Gavin Newsom, et al |
| **Attachments:** | 304881.pdf; 304815.pdf; 304882.pdf; 304887.pdf; 304879.pdf; 304878.pdf; 304880.pdf; 304966.pdf; Conformed TRO.pdf; Conformed Declaration of Michael E. Gates.pdf; Conformed Declaration of Tony Strickland.pdf; Conformed Declaration of Gracey Van Der Mark.pdf; Conformed Proposed Order.pdf |

To whom it may concern:

I was advised by Brandi Lopes at the Office of Governor Gavin Newsom that process of service was to be effectuated via email. Therefore, I am submitting the following documents for service on Governor Gavin Newsom, in both his capacity as Governor of the State of California as well as individually:

1. Summons;
2. Complaint;
3. Civil Case Cover Sheet;
4. Certification and Notice of Interested Parties;
5. Notice of Assignment;
6. Notice to Counsel re Consent to Proceed before a U.S. Magistrate
7. Notice to Parties of Court-Directed ADR Program;
8. Civil Standing Order;
9. Application for Temporary Restraining Order;
10. Declaration of Michael E. Gates;
11. Declaration of Tony Strickland;
12. Declaration of Gracey Van Der Mark;
13. Proposed Order.

**Michele Hoffman, Sr. Legal Assistant**
**Office of the City Attorney**
**City of Huntington Beach**
**ph. (714) 536-5558**
**fax (714) 374-1590**

**Confidentiality Notice:** This email may contain material that is confidential, privileged and/or attorney work-product for the sole use of the addressee. Further, this email is protected under the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2522. Any review by, reliance, or distribution by others or forwarding to others without express permission of the author is strictly prohibited. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please immediately notify the sender and delete this e-mail. Thank you.

**EXHIBIT 2**

## Hoffman, Michele

| | |
|---|---|
| **From:** | Service of Process <Service.ofProcess@GOV.CA.GOV> |
| **Sent:** | Tuesday, March 14, 2023 3:29 PM |
| **To:** | Hoffman, Michele |
| **Subject:** | RE: City of Huntington Beach v. Gavin Newsom, et al |
| **Importance:** | Low |

Thank you for contacting the Governor's Office, Service of Process mailbox.

Due to the COVID-19 pandemic and related public health guidance, the Governor is accepting electronic service of summons/complaints until further notice. Please note the following:

• The Governor will only accept service when the named party is the Governor or the State of California.

• This mailbox only accepts documents via attachments. Thus, if you have included a link to an external file, you must resend with attachments. If the files are too large, you can let us know and we will send a link to upload the documents.

• The Governor reserves the right to reject service of process in civil actions where a defect in service is found.

**EXHIBIT 3**