_____
### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.: 8:23-cv-00421-FWS-ADS | Date: March 16, 2023 |
| Title: City of Huntington Beach *et al.* v. Gavin Newsom *et al.* | |

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS: ORDER REQUIRING DEFENDANTS' RESPONSE TO TEMPORARY RESTRAINING ORDER [10]**

Before the court is an Application for Temporary Restraining Order ("Application" or "App.") filed by Plaintiffs City of Huntington Beach, Mayor of Huntington Beach Tony Strickland, the Huntington Beach City Council, and Mayor Pro Tem Gracey Van Der Mark (collectively, "Plaintiffs"). (Dkt. 10.) The Application is supported by the declarations of Plaintiff Tony Strickland ("Strickland Decl."), Plaintiff Gracey Van Der Mark ("Van Der Mark Decl."), and Plaintiffs' counsel Michael E. Gates ("Gates Decl."). (*Id.*).

As of the time this Order was issued, Defendants Gavin Newsom, Gustavo Velasquez, the California State Legislature, the California Department of Housing and Community Development, the Southern California Association of Governments, and Does 1 through 50 (collectively, "Defendants") had not filed an Opposition to the TRO. (*See generally* Dkt.) The court observes Plaintiffs' Proofs of Service indicate that Defendants Velasquez and California Department of Housing and Community Development were served with the TRO on March 14, 2023, at 4:11 p.m. and Defendant Newsom was served on March 14, 2023, at 3:29 p.m. (Dkts. 14, 15, 16.)

Accordingly, the court **ORDERS** Defendants to file a response to the TRO by **March 20, 2023, at 5:00 p.m.** Plaintiffs are **ORDERED** to serve a copy of this Order on Defendants by **March 17, 2023, at 5:00 p.m.**

_____
| **CIVIL MINUTES – GENERAL** | 1 |
|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: 8:23-cv-00421-FWS-ADS                                                    Date: March 16, 2023
Title: City of Huntington Beach *et al.* v. Gavin Newsom *et al.*

**IT IS SO ORDERED.**

                                                                                   Initials of Deputy Clerk:  mku