ROB BONTA
Attorney General of California
DANIEL A. OLIVAS
Senior Assistant Attorney General
DAVID PAI, Bar No. 227058
Supervising Deputy Attorney General
MATTHEW STRUHAR, Bar No. 293973
THOMAS KINZINGER, Bar No. 323889
Deputy Attorneys General
1300 I Street, 15th Floor
Sacramento, CA 95814
Telephone: (916) 210-7246
Fax: (916) 731-2121
E-mail: Matthew.Struhar@doj.ca.gov
Thomas.Kinzinger@doj.ca.gov

*Attorneys for Defendants Gavin Newsom, in his official capacity as Governor of the State of California, and individually; Gustavo Velasquez, in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; and the California Department of Housing and Community Development*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK,**

**v.**

**GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually;**

8:23-cv-00421-FWS-ADS

**[PROPOSED] ORDER DENYING PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION PURSUANT TO FED. R .CIV. P. 65**

Date:
Time:
Courtroom: 10D
Judge: The Honorable Fred W. Slaughter

Trial Date: None Set
Action Filed: 3/09/2023

**GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE LEGISLATURE; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS; and DOES 1-50, inclusive,**

Having considered the application for a temporary restraining order filed by the City of Huntington Beach, et al. (Plaintiffs) and the opposition by Defendants Governor Gavin Newsom, Director Gustavo Velasquez, and the California Department of Housing and Community Development (the State), and for good cause shown, the Court hereby denies Plaintiffs' application for a temporary restraining order.

Plaintiffs have not met the test for issuing preliminary injunctive relief. "To warrant injunctive relief, Plaintiffs must establish that they are 'likely to succeed on the merits,' that they are 'likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in [their] favor, and that an injunction is in the public interest.'" *LA Alliance for Human Rights v. County of Los Angeles*, 14 F.4th 947, 956 (9th Cir. 2021) (quoting *Winter v. Nat. Res. Def Council*, 555 U.S. 7, 20 (2008)).

Here, Plaintiffs cannot establish a likelihood of success on the merits because, as the City of Huntington Beach is a political subdivision of the State of California, they lack standing to assert federal constitutional challenges against the State. *City of San Juan Capistrano v. California Pub. Utilities Comm'n*, 937 F.3d 1278, 1280 (9th Cir. 2019). As Plaintiffs cannot assert federal claims against the State, the Eleventh Amendment bars this Court from considering their state law claims. *Doe v. Regents of the Univ. of California*, 891 F.3d 1147, 1153 (9th Cir. 2018).

Even if Plaintiffs could establish a likelihood of success on the merits, the Court nevertheless finds that they have not shown the other factors necessary to warrant preliminary injunctive relief. Plaintiffs have not shown a likelihood of irreparable harm absent preliminary relief, have not demonstrated that the balance of equities tips in their favor, and have not shown that preliminary injunctive relief is in the public interest. *Winter*, 555 U.S. at 20.

For these reasons, the Court HEREBY ORDERS that Plaintiffs' application for a temporary restraining order is denied.

Dated: ______________________ ______________________________
Honorable Fred W. Slaughter

SA2023301426
37019688.docx

# CERTIFICATE OF SERVICE

Case Name: **City of Huntington Beach, et al. v. Gavin Newsom, et al.** No. **8:23-cv-00421**

I hereby certify that on March 20, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER DENYING PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION PURSUANT TO FED. R .CIV. P. 65**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 20, 2023, at Sacramento, California.

| Leticia Aguirre | */s/ Leticia Aguirre* |
|---|---|
| Declarant | Signature |

SA2023301426
37019733.docx