R‍OB B‍ONTA
Attorney General of California
D‍ANIEL A. O‍LIVAS
Senior Assistant Attorney General
D‍AVID P‍AI, Bar No. 227058
Supervising Deputy Attorney General
M‍ATTHEW S‍TRUHAR, Bar No. 293973
T‍HOMAS K‍INZINGER, Bar No. 323889
Deputy Attorneys General
 1300 I Street, 15th Floor
 Sacramento, CA 95814
 Telephone: (916) 210-7246
 Fax: (916) 731-2121
 E-mail:   Matthew.Struhar@doj.ca.gov
          Thomas.Kinzinger@doj.ca.gov

*Attorneys for Defendants Gavin Newsom, in his official capacity as Governor of the State of California, and individually; Gustavo Velasquez, in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; and the California Department of Housing and Community Development*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| **CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK,**<br><br>                    Plaintiffs,<br><br>     v.<br><br>**GAVIN NEWSOM, in his official capacity as Governor of the State of** | 8:23-cv-00421-FWS-ADS<br><br>**PROOF OF SERVICE** |

1

| | |
|---|---|
| 1 | California, and individually; |
| 2 | GUSTAVO VELASQUEZ in his official capacity as Director of the |
| 3 | State of California Department of |
| 4 | Housing and Community Development, and individually; |
| 5 | STATE LEGISLATURE; STATE OF |
| 6 | CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY |
| 7 | DEVELOPMENT; SOUTHERN |
| 8 | CALIFORNIA ASSOCIATION OF GOVERNMENTS; and DOES 1-50, |
| 9 | inclusive, |
| 10 | Defendants. |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## DECLARATION OF SERVICE BY E-MAIL

Case Name: City of Huntington Beach, et al. v. Gavin Newsom, et al.

Case No.:   8:23-cv-00421

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter.

On March 21, 2023, I served the attached:

Deborah J. Fox
David Mehretu
Kristof D. Szoke
MEYERS NAVE
707 Wilshire Blvd., 24th Floor
Los Angeles, California 90017
Email:  dfox@meyersnave.com;
dmehretu@meyersnave.com;
kszoke@meyersnave.com

by transmitting a true copy via electronic mail as follows:

1. **OPPOSITION TO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION PURSUANT TO FED. R .CIV. P. 65**

2. **REQUEST FOR JUDICIAL NOTICE IN OPPOSITION TO PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION PURSUANT TO FED. R .CIV. P. 65**

3. **[PROPOSED] ORDER DENYING PLAINTIFFS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION PURSUANT TO FED. R .CIV. P. 65**

1     I declare under penalty of perjury under the laws of the State of California
2 the foregoing is true and correct and that this declaration was executed on March
3 21, 2023, at Sacramento, California.

| Leticia Aguirre | */s/ Leticia Aguirre* |
|---|---|
| Declarant | Signature |