1  Deborah J. Fox (SBN: 110929)
   dfox@meyersnave.com
2  David Mehretu (SBN: 269398)
   dmehretu@meyersnave.com
3  Kristof D. Szoke (SBN: 331561)
   kszoke@meyersnave.com
4  MEYERS NAVE
   707 Wilshire Blvd., 24th Floor
5  Los Angeles, California 90017
   Telephone: (213) 626-2906
6  Facsimile: (213) 626-0215

7  Attorneys for Defendant
   SOUTHERN CALIFORNIA
8  ASSOCIATION OF GOVERNMENTS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK, <br><br>Plaintiffs, <br><br>v. <br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually; GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE LEGISLATURE; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS; and DOES 1-50, inclusive, <br><br>Defendants. | Case No. 8:23-cv-00421 <br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE ON MOTIONS CHALLENGING FIRST AMENDED COMPLAINT** <br><br>Compl. filed: March 9, 2023 <br>Am. Compl. filed: March 27, 2023 <br><br>The Hon. Fred W. Slaughter <br><br>Trial Date:     None Set |

1  It is hereby stipulated by and between Plaintiffs City of Huntington Beach,
2  the Huntington Beach City Council, Mayor of Huntington Beach Tony Strickland,
3  and Mayor Pro Tem of Huntington Beach Gracey van der Mark ("Plaintiffs"); and
4  Defendants Gavin Newsom, Gustavo Velasquez, State of California Department of
5  Housing and Community Development ("the State Defendants"); and Southern
6  California Association of Governments ("SCAG"), (together, the "Stipulating
7  Parties") as follows:

8  **WHEREAS**, on or about March 9, 2023, Plaintiffs filed a Complaint
9  asserting claims against the State Defendants as well as SCAG;

10  **WHEREAS**, on March 24, 2023, counsel for Plaintiffs and counsel for
11  SCAG agreed to extend the time for SCAG to respond to the initial Complaint by 30
12  days from the original deadline to allow SCAG sufficient time to obtain direction
13  from its various governing boards, because the initial response date fell within
14  spring break, and to give SCAG sufficient time to evaluate the Complaint;

15  **WHEREAS**, on March 27, 2023, before the Stipulating Parties filed a
16  stipulation regarding the above-mentioned agreement, Plaintiffs filed a First
17  Amended Complaint;

18  **WHEREAS**, all defendants' responsive pleadings to the First Amended
19  Complaint are now due on April 10, 2023; and

20  **WHEREAS**, counsel for Plaintiffs and counsel for SCAG have agreed to
21  extend the time for SCAG to respond to the First Amended Complaint to May 1,
22  2023, consistent with the Stipulating Parties' prior agreement, discussed above, to
23  extend time for SCAG to respond to the initial complaint; and

24  **WHEREAS**, in the interest of judicial efficiency, counsel for Plaintiffs and
25  counsel for the State Defendants agreed on March 30, 2023 to extend the time for
26  the State Defendants to respond to the First Amended Complaint to match SCAG's
27  response date of May 1, 2023; and

28  **WHEREAS**, SCAG and/or the State Defendants intend to bring motions

challenging the First Amended Complaint ("Motions") by no later than May 1, 2023; and

**WHEREAS**, in order to allow the Stipulating Parties an opportunity to fully evaluate the merits to SCAG's and/or the State Defendants' Motions and any opposition and replies thereto, the Stipulating Parties have agreed to a briefing schedule on the Motions under which Plaintiffs shall have until June 6, 2023 to file any opposition to the Motions, that SCAG and the State Defendants shall have until June 22, 2023 to file any replies in support of the Motions, and that the Motions shall be heard on July 6, 2023 or the soonest date thereafter permitted by the Court's schedule.

**NOW, THEREFORE**, it is hereby stipulated by and between the Stipulating Parties that SCAG and the State Defendants shall have until May 1, 2023 to file a response to the First Amended Complaint.

In addition, Plaintiffs shall have until June 6, 2023 to file an opposition to any Motions brought by SCAG and/or the State Defendants challenging the Plaintiffs' First Amended Complaint. If Plaintiffs choose to file one opposition to all of the separate respective Motions filed by respective Defendants, it is agreed by the Stipulating Parties that Plaintiffs shall have thirty (30) pages instead of fifteen (15) for their sole Opposition brief.

In addition, SCAG and/or the State Defendants shall have until June 22, 2023 to file any Reply in Support of their respective Motions challenging Plaintiffs' First Amended Complaint.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

DATED: April 6, 2023        MEYERS NAVE

By: _____/s/ Deborah J. Fox_____
DEBORAH J. FOX
Attorneys for Defendant
SOUTHERN CALIFORNIA
ASSOCIATION OF GOVERNMENTS

DATED: April 6, 2023        CITY OF HUNTINGTON BEACH

By: _____/s/ Michael E. Gates_____
MICHAEL E. GATES,
MICHAEL J. VIGLIOTTA
Attorneys for Plaintiffs
CITY OF HUNTINGTON BEACH, the
HUNTINGTON BEACH CITY
COUNCIL, MAYOR OF HUNTINGTON
BEACH, TONY STRICKLAND, and
MAYOR PRO TEM OF HUNTINGTON
BEACH, GRACEY VAN DER MARK

| | | |
|---|---|---|
| 1 | DATED: April 6, 2023 | CALIFORNIA DEPARTMENT OF JUSTICE OFFICE OF THE ATTORNEY GENERAL |

By:     /s/ Thoms Kinzinger
DAVID PAI,
MATTHEW STRUHAR,
THOMAS KINZINGER
Attorneys for Defendants
GAVIN NEWSOM, GUSTAVO VELASQUEZ, and STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT

5336307