Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Kristof D. Szoke (SBN: 331561)
kszoke@meyersnave.com
MEYERS NAVE
707 Wilshire Blvd., 24th Floor
Los Angeles, California 90017
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendant
SOUTHERN CALIFORNIA
ASSOCIATION OF GOVERNMENTS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually; GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE LEGISLATURE; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00421<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON MOTIONS CHALLENGING FIRST AMENDED COMPLAINT**<br><br>Compl. filed: March 9, 2023<br>Am. Compl. filed: March 27, 2023<br><br>The Hon. Fred W. Slaughter<br><br>Trial Date:   None Set |

Case No. 8:23-cv-00421

[PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON MOTIONS CHALLENGING FIRST AMENDED COMPLAINT

Pursuant to the stipulation signed by counsel for Plaintiffs City of Huntington Beach, the Huntington Beach City Council, Mayor of Huntington Beach Tony Strickland, and Mayor Pro Tem of Huntington Beach Gracey van der Mark ("Plaintiffs"); counsel for Defendant Southern California Association of Governments ("SCAG"); and counsel for Defendants Gavin Newsom, Gustavo Velasquez, and State of California Department of Housing and Community Development ("the State Defendants"), submitted concurrently herewith, and good cause having been shown therefor,

**IT IS HEREBY ORDERED THAT:**

Defendant SCAG and the State Defendants shall file responses to the First Amended Complaint on or before May 1, 2023.

Plaintiffs shall file their opposition to any motion brought by SCAG and/or the State Defendants challenging the Plaintiffs' First Amended Complaint on or before June 6, 2023. If the Plaintiffs choose to file a single opposition to all of the separate respective motions filed by respective defendants, Plaintiffs' opposition may be up to thirty (30) pages instead of fifteen (15) for their sole opposition brief.

Defendant SCAG and the State Defendants shall file any replies in support of their respective motions challenging the First Amended Complaint on or before June 22, 2023.

Any motions challenging the First Amended Complaint shall be heard before this Court on _____.

DATED: _____, 2023

_____
HONORABLE FRED W. SLAUGHTER
Judge, United States District Court
Central District of California

5330036