**NOTE: CHANGES MADE BY COURT**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK, <br><br> Plaintiffs, <br><br> v. <br><br> GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually; GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE LEGISLATURE; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS; and DOES 1-50, inclusive, <br><br> Defendants. | Case No. 8:23-cv-00421-FWS-ADS <br><br> **ORDER GRANTING JOINT STIPULATION TO SET BRIEFING SCHEDULE ON MOTIONS CHALLENGING FIRST AMENDED COMPLAINT [39]** <br><br> Compl. filed: March 9, 2023 <br> Am. Compl. filed: March 27, 2023 <br><br> The Hon. Fred W. Slaughter <br><br> Trial Date:     None Set |

///

Having reviewed and considered the Joint Stipulation to Set Briefing Schedule on Motions Challenging First Amended Complaint [39] (the "Stipulation"), signed by counsel for Plaintiffs City of Huntington Beach, the Huntington Beach City Council, Mayor of Huntington Beach Tony Strickland, and Mayor Pro Tem of Huntington Beach Gracey van der Mark (collectively "Plaintiffs"); counsel for Defendant Southern California Association of Governments ("SCAG"); and counsel for Defendants Gavin Newsom, Gustavo Velasquez, and State of California Department of Housing and Community Development (collectively "the State Defendants"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. SCAG and the State Defendants shall file responses to Plaintiff's First Amended Complaint (the "FAC") **on or before May 1, 2023**.
2. Plaintiffs shall file their opposition to any motion brought by SCAG and/or the State Defendants challenging the FAC **on or before June 6, 2023**. If the Plaintiffs choose to file a single opposition to all of the separate respective motions filed by respective defendants, Plaintiffs' opposition may be up to thirty (30) pages instead of fifteen (15) for their sole opposition brief.
3. SCAG and the State Defendants shall file any replies in support of their respective motions challenging the FAC on or before **June 22, 2023**.

///
///
///

4.  Any motions challenging the FAC shall be calendared by the respective party/parties in accordance with the Federal Rules of Civil Procedure, the Central District of California Local Rules, and this court's procedures on its website at https://www.cacd.uscourts.gov/honorable-fred-w-slaughter.

**IT IS SO ORDERED**.

DATED: April 11, 2023

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE