Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Kristof D. Szoke (SBN: 331561)
kszoke@meyersnave.com
MEYERS NAVE
707 Wilshire Blvd., 24th Floor
Los Angeles, California 90017
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendant
SOUTHERN CALIFORNIA
ASSOCIATION OF GOVERNMENTS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually; GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE LEGISLATURE; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00421<br><br>The Hon. Fred W. Slaughter<br><br>**[PROPOSED] ORDER GRANTING SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:   July 27, 2023<br>Time:  10:00 a.m.<br>Crtrm. 10D<br><br>Compl. filed: March 9, 2023<br>First Am. Compl. filed: March 27, 2023<br><br>Trial Date:    None Set |

Defendant, SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS' ("SCAG") Motion to Dismiss Plaintiff's First Amended Complaint came on regularly for hearing on July 27, 2023 at 10:00 a.m. in Courtroom 10D of this Court, the Honorable Fred W. Slaughter, Judge Presiding. Defendant SCAG appeared through counsel Deborah J. Fox of Meyers Nave, and Plaintiffs City of Huntington Beach, the Huntington Beach City Council, Mayor of Huntington Beach Tony Strickland, Mayor Pro Tem of Huntington Beach, Gracey Van Der Mark (collectively, "the City,") also appeared through counsel.

After full consideration of the papers, evidence, exhibits and pleadings offered, and the authorities submitted by counsel, as well as oral argument by counsel, the Court HEREBY ORDERS AS FOLLOWS:

SCAG's Motion to Dismiss the First Amended Complaint is GRANTED without leave to amend pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, as the Court lacks subject matter jurisdiction over the City's claims. *City of South Lake Tahoe v. California Tahoe Reg'l Plan. Agency,* 625 F.2d 231, 233 (9th Cir. 1980). Accordingly, the First Amended Complaint is hereby DISMISSED WITH PREJUDICE.

[*IN THE ALTERNATIVE*]

SCAG's Motion to Dismiss the First Amended Complaint is GRANTED without leave to amend pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. The First Amended Complaint is hereby DISMISSED WITHOUT LEAVE TO AMEND AND WITH PREJUDICE.

[*IN THE ALTERNATIVE*]

SCAG's Motion to Dismiss the First Amended Complaint is GRANTED without leave to amend as to the City's Causes of Action One through Four pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted. In addition, having dismissed all claims over

which the Court had original jurisdiction, the Court declines to exercise supplemental jurisdiction over the remaining state Causes of Action Five through Eleven pursuant to 28 U.S. Code § 1367 subsection (c).  The First Amended Complaint is hereby DISMISSED WITHOUT LEAVE TO AMEND.  Dismissal of claims One through Four is WITH PREJUDICE.

[*IN THE ALTERNATIVE*]

SCAG's Motion to Dismiss the First Amended Complaint is GRANTED. Pursuant to *Younger v. Harris*, the Court ABSTAINS from adjudicating Plaintiffs' claims.  401 U.S. 37 (1971); *United States v. Morros*, 268 F.3d 695, 707 (9th Cir. 2001).  Parallel state court proceedings were pending when this action was filed which implicate important state interests also implicated in these proceedings, and which provide an adequate opportunity for the City to litigate its federal claims. *Middlesex Cnty. Ethics Committee v. Garden State Bar Ass'n*, 457 U.S. 423, 431 (1982); *Herrera v. City of Palmdale*, 918 F.3d 1037, 1047 (9th Cir. 2019). Accordingly, the First Amended Complaint is hereby DISMISSED WITHOUT LEAVE TO AMEND.

DATED:

_____
HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

5350867