Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Kristof D. Szoke (SBN: 331561)
kszoke@meyersnave.com
MEYERS NAVE
707 Wilshire Blvd., 24th Floor
Los Angeles, California 90017
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendant
SOUTHERN CALIFORNIA
ASSOCIATION OF GOVERNMENTS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually; GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE LEGISLATURE; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00421<br>The Hon. Fred W. Slaughter<br><br>**JOINT STIPULATION TO CONTINUE THE RULE 26(f) SCHEDULING CONFERENCE**<br><br>Compl. filed:        March 9, 2023<br>Am. Compl. filed:  March 27, 2023<br><br>Conf. Date:   June 22, 2023<br>Time:         9:00 a.m,<br>Crtrm.:       10D<br><br>Proposed Date:   Sept. 14, 2023 |

1. It is hereby stipulated by and between Plaintiffs City of Huntington Beach, the Huntington Beach City Council, Mayor of Huntington Beach Tony Strickland, and Mayor Pro Tem of Huntington Beach Gracey van der Mark ("Plaintiffs"); and Defendants Gavin Newsom, Gustavo Velasquez, State of California Department of Housing and Community Development ("the State Defendants"); and Southern California Association of Governments ("SCAG"), (together, the "Parties") as follows:

**WHEREAS**, on March 27, 2023, Plaintiffs filed a First Amended Complaint against the State Defendants and SCAG;

**WHEREAS**, on April 6, 2023, the Parties stipulated to a briefing schedule on the State Defendants' and SCAG's motions to dismiss the First Amended Complaint ("Motions"), setting the filing date on the Motions for no later than May 1, 2023; Plaintiffs' opposition to the Motions for no later than June 6, 2023; and any replies in support of the Motions for no later than June 22, 2023;

**WHEREAS**, on April 11, 2023, the Court issued an Order granting the Parties' proposed briefing schedule on the Motions;

**WHEREAS**, on May 1, 2023, the State Defendants and SCAG filed their respective Motions, and set the hearing on the Motions for July 27, 2023, at 10:00 a.m.;

**WHEREAS**, on May 3, 2023, the Court issued an Order setting the Rule 26(f) Scheduling Conference for Thursday, June 22, 2023, at 9:00 a.m.; and

**WHEREAS**, given that the hearing date on the Motions is set for July 27, 2023, the Parties wish to extend the Rule 26(f) Scheduling Conference by at least 45 days following the July 27, 2023 hearing, on the grounds that this will conserve public resources, and also allow the parties, if needed, to engage in a more productive meet and confer process tailored to the specific demands of the case at that point in time.

//

**NOW, THEREFORE**, it is hereby stipulated by and between the Parties that the Parties believe good cause exists to continue the Thursday, June 22, 2023 Rule 26(f) Scheduling Conference by at least 45 days after the Thursday, July 27, 2023 hearing on the State Defendants' and SCAG's Motions to Dismiss the First Amended Complaint.

Accordingly, the Parties respectfully request that the Court set the Rule 26(f) Scheduling Conference for Thursday, September 14, 2023, or at the earliest date thereafter as permitted by the Court's schedule.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

DATED: May 8, 2023                MEYERS NAVE

By:    /s/  Deborah J. Fox
DEBORAH J. FOX
Attorneys for Defendant
SOUTHERN CALIFORNIA
ASSOCIATION OF GOVERNMENTS

1  DATED: May 8, 2023                CITY OF HUNTINGTON BEACH

2

3

4                                    By:      /s/
                                        MICHAEL E. GATES,
5                                       MICHAEL J. VIGLIOTTA
                                        Attorneys for Plaintiffs
6                                       CITY OF HUNTINGTON BEACH, the
7                                       HUNTINGTON BEACH CITY
                                        COUNCIL, MAYOR OF HUNTINGTON
8                                       BEACH, TONY STRICKLAND, and
                                        MAYOR PRO TEM OF HUNTINGTON
9                                       BEACH, GRACEY VAN DER MARK
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | | |
|---|---|---|
| 1 | DATED:  May 8, 2023 | CALIFORNIA DEPARTMENT OF JUSTICE OFFICE OF THE ATTORNEY GENERAL |
| 2 | | |
| 3 | | |
| 4 | | By: _____/s/_____ |
| 5 | | DAVID PAI, |
| 6 | | MATTHEW STRUHAR, THOMAS KINZINGER |
| 7 | | Attorneys for Defendants |
| 8 | | GAVIN NEWSOM, GUSTAVO VELASQUEZ, and STATE OF |
| 9 | | CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY |
| 10 | | DEVELOPMENT |
| 11 | 5355050.2 | |