Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Kristof D. Szoke (SBN: 331561)
kszoke@meyersnave.com
MEYERS NAVE
707 Wilshire Blvd., 24th Floor
Los Angeles, California 90017
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendant
SOUTHERN CALIFORNIA
ASSOCIATION OF GOVERNMENTS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually; GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE LEGISLATURE; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00421<br>The Hon. Fred W. Slaughter<br><br>**[PROPOSED] ORDER TO CONTINUE THE RULE 26(f) SCHEDULING CONFERENCE**<br><br>Compl. filed:   March 9, 2023<br>Am. Compl. filed:   March 27, 2023<br><br>Conf. Date:   June 22, 2023<br>Time:   9:00 a.m,<br>Crtrm.:   10D<br><br>Proposed Date:   Sept. 14, 2023 |

Pursuant to the stipulation signed by counsel for Plaintiffs City of Huntington Beach, the Huntington Beach City Council, Mayor of Huntington Beach Tony Strickland, and Mayor Pro Tem of Huntington Beach Gracey van der Mark ("Plaintiffs"); counsel for Defendant Southern California Association of Governments ("SCAG"); and counsel for Defendants Gavin Newsom, Gustavo Velasquez, and State of California Department of Housing and Community Development ("the State Defendants"), submitted concurrently herewith, and good cause having been shown therefor,

**IT IS HEREBY ORDERED THAT:**

The Rule 26(f) Scheduling Conference set for Thursday June 22, 2023, at 9:00 a.m., is hereby continued to _____

_____.

DATED: _____

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE

5355445.1