MICHAEL E. GATES, City Attorney (SBN 258446)
NADIN S. SAID, Senior Deputy City Attorney (SBN 309802)
Office of the City Attorney
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
(714) 536-5555
Email: Michael.Gates@surfcity-hb.org
Email: Nadin.Said@surfcity-hb.org

Attorneys for Plaintiffs
CITY OF HUNTINGTON BEACH, HUNTINGTON BEACH CITY COUNCIL, MAYOR TONY STRICKLAND and MAYOR PRO TEM GRACEY VAN DER MARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually; GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE LEGISLATURE; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; SOUTHERN | CASE NO. 8:23-CV-00421-FWD-ADSx<br><br>**PLAINTIFFS' OPPOSITION TO DEFENDANT STATE'S REQUEST FOR JUDICIAL NOTICE**<br><br>Date:   July 27, 2023<br>Time:  10:00 a.m.<br>Ctrm:  10D |

1

|   |   |
|---|---|
| 1<br>2<br>3<br>4 | CALIFORNIA ASSOCIATION OF GOVERNMENTS; and<br>DOES 1-50, inclusive,<br><br>Defendants. |

Plaintiff CITY OF HUNTINGTON BEACH ("City") opposes the State's Request for Judicial Notice on the following grounds:

1. Regarding **Exhibit 1**, the previous case filed by the City of Huntington Beach versus the State of California, that case did not allege federal constitutional violations. Now, the City has alleged constitutional violations in addition to challenging the determination and RHNA process based on the Department of Finance's recent auditing reports. Accordingly, this previous lawsuit is of no relevance because this lawsuit has asserted different causes of action that occurred after the City v. State lawsuit was dismissed. For example, RHNA allocated 13,368 units in July 1, 2021. That allocation could not have been discussed in the previous State lawsuit because it had not occurred yet.

2. **Exhibit 3**, the proposed amended complaint, is not a pleading that has been "filed" with the Court. The State suggests the failure to adopt a compliant sixth cycle housing element has been "added" is not technically true, nor should this fact be judicially noticed since it is a disputed complaint that has not been filed and has not become a public record. To date, the only complaint on file by the State alleges lack of compliance with ADU dwellings and SB 9 lot divisions, both of which are moot.

///

| | | |
|---|---|---|
| Dated: | June 6, 2023 | MICHAEL E. GATES, CITY ATTORNEY |

By: _____/s/ MICHAEL E. GATES_____
MICHAEL E. GATES, CITY ATTORNEY
Attorney for Plaintiffs,
CITY OF HUNTINGTON BEACH,
HUNTINGTON BEACH CITY COUNCIL,
MAYOR TONY STRICKLAND and
MAYOR PRO TEM GRACEY VAN DER MARK