UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 23-00421-FWS (ADSx) | Date | June 8, 2023 |
|---|---|---|---|
| Title | City of Huntington Beach et al v. Gavin Newsom et al | | |

PRESENT: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS:  (IN CHAMBERS) ORDER CONTINUING SCHEDULING CONFERENCE AND ORDERING COUNSEL TO REVIEW LOCAL PROCEDURES**

The Court's Order Setting Rule 26(f) Scheduling Conference attached a blank Schedule of Pretrial and Trial Dates Worksheet. The Joint Rule 26(f) Report filed by the parties did not include a completed Schedule of Pretrial and Trial Dates Worksheet.

Accordingly, no later than **June 12, 2023,** counsel shall file an Amended Joint Rule 26(f) Report with a fully completed Schedule of Pretrial and Trial Dates Worksheet. Failure to do so may result in the imposition of monetary sanctions pursuant to the Court's inherent power and/or other sanctions authorized by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 16(f), 37(b)(2)(A)(i)-(vii) & 37(b)(2)(C).

In light of the parties' failure to file an adequate Joint Rule 26(f) Report, the Court ORDERS each counsel of record to review the following: The Local Civil Rules of the Central District of California, Judge Slaughter's Procedures web page, accessible at: https://www.cacd.uscourts.gov/honorable-fred-w-slaughter, the Court's Initial Standing Order, and the Court's Order Setting Scheduling Conference. The parties' Amended Joint Rule 26(f) Report shall set forth a statement certifying that all counsel of record have complied with this requirement.

The Court CONTINUES the Scheduling Conference to **June 29, 2023, at 9:00 a.m.**

Initials of Deputy Clerk    mku