MICHAEL E. GATES, City Attorney (SBN 258446)
NADIN S. SAID, Senior Deputy City Attorney (SBN 309802)
Office of the City Attorney
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
(714) 536-5555
Email:  Michael.Gates@surfcity-hb.org
Email:  Nadin.Said@surfcity-hb.org

Attorneys for Plaintiffs
CITY OF HUNTINGTON BEACH, HUNTINGTON
BEACH CITY COUNCIL, MAYOR TONY STRICKLAND
and MAYOR PRO TEM GRACEY VAN DER MARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually; GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE LEGISLATURE; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; SOUTHERN | CASE NO. 8:23-CV-00421-FWD-ADSx<br><br>**DECLARATION OF CHRISTINA KELEMEN RE CLERICAL ERROR IN FILING JOINT RULE 26(f) REPORT** |

|   |   |
|---|---|
| 1 | CALIFORNIA ASSOCIATION OF GOVERNMENTS; and |
| 2 | DOES 1-50, inclusive, |
| 3 | Defendants. |

## DECLARATION OF CHRISTINA KELEMEN RE CLERICAL ERROR IN FILING JOINT RULE 26(f) REPORT

I, CHRISTINA KELEMEN, declare and state:

1. I am a Sr. Legal Assistant working for the City Attorney's Office, who represents the Plaintiffs in the above-entitled matter. The matters stated herein are within my own personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. Pursuant to this Court's Order in this matter, the parties met, conferred and fully completed the Rule 26(f) Report, including the Worksheet.

3. On June 8, 2023 at approximately 1:15 p.m., the above documents were presented to the parties for approval to place their electronic signature on the Report and file with the court.

4. At 1:45 p.m., I received a phone call from my father stating that the doctors were putting into place a plan to put my stepmother of 42 years into hospice.

5. At 3:21 p.m., I followed up with defense Counsel requesting status on approval of the Joint Report for filing so that I could file it and go home for the day as I needed to attend to family matters. Counsel immediately replied with their approval for filing.

6. In my haste in preparing the Joint Report for filing, I inadvertently left off the Worksheet from the document.

/ / /
/ / /
/ / /

7. The Worksheet had been prepared and approved prior to filing and this was a clerical error on my behalf. I apologize for any inconvenience as a result of this error.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 9th day of June, 2023 at Huntington Beach, California.

*/s/ Christina Kelemen*

CHRISTINA KELEMEN