---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 23-00421-FWS (ADSx)　　　　　　　　　　　Date: June 12, 2023
Title: City of Huntington Beach et al v. Gavin Newsom et al

---

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

　Melissa H. Kunig　　　　　　　　　　　　　　　　　N/A
　Deputy Clerk　　　　　　　　　　　　　　　　　Court Reporter

　Attorneys Present for Plaintiff:　　　　　　　Attorneys Present for Defendant:

　　　Not Present　　　　　　　　　　　　　　　　Not Present

**PROCEEDINGS:**　　**SCHEDULING ORDER**

　　　The Court, having reviewed the pleadings and the parties' submissions pursuant to Federal Rule of Civil Procedure 26(f), **VACATES** the Scheduling Conference set for June 29, 2023, and sets the following schedule:

| | |
|---|---|
| Check one: [x] Jury Trial  or  [ ] Bench Trial<br>**Tuesday at 8:30 a.m.** | **9/10/2024** |
| *Parties' Estimated* Trial Length | **3-10 days** |
| Final Pretrial Conference & Hearing on Motions in Limine<br>**[Thursday at 8:30 a.m., at least 12 days before trial]** | **8/22/2024** |
| Last Date to Hear Motion to Amend Pleadings /Add Parties **[Thursday]** | **9/28/2023** |
| Non-Expert Discovery Cut-Off<br>**(no later than deadline for filing dispositive motions)** | **2/22/2024** |
| Expert Disclosure (Initial) | **3/7/2024** |
| Expert Disclosure (Rebuttal) | **3/21/2024** |
| Expert Discovery Cut-Off | **4/4/2024** |
| Last Date to **Hear** Motions **[Thursday]**<br>・ Motion for Summary Judgment due at least 6 weeks before hearing<br>・ All other motions due at least 4 weeks before hearing<br>・ Opposition due 2 weeks after Motion is filed<br>・ Reply due 1 week after Opposition is filed | **5/30/2024** |
| Deadline to Complete Settlement Conference [L.R. 16-15]<br>　Select one:<br>　　[ ] 1. Magistrate Judge<br>　　[x] 2. Court's Mediation Panel<br>　　[ ] 3. Private Mediation | **6/13/2024** |

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: SACV 23-00421-FWS (ADSx)            Date: June 12, 2023

Title: City of Huntington Beach et al v. Gavin Newsom et al

| | |
|---|---|
| **Trial Filings (first round)**<br>• Motions in Limine with Proposed Orders<br>• Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>• Witness Lists [L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>  Declarations containing Direct Testimony, if ordered (bench trial only) | **8/1/2024** |
| **Trial Filings (second round)**<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | **8/8/2024** |

**cc: ADR**                                                           Initials of Deputy Clerk: mku