Deborah J. Fox (SBN: 110929)
dfox@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
Kristof D. Szoke (SBN: 331561)
kszoke@meyersnave.com
MEYERS NAVE
707 Wilshire Blvd., 24th Floor
Los Angeles, California 90017
Telephone: (213) 626-2906
Facsimile: (213) 626-0215

Attorneys for Defendant
SOUTHERN CALIFORNIA
ASSOCIATION OF GOVERNMENTS

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK,<br><br>Plaintiffs,<br><br>v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually; GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE LEGISLATURE; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS; and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 8:23-cv-00421<br>The Hon. Fred W. Slaughter<br><br>**SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS' OBJECTIONS TO PLAINTIFFS' DECLARATIONS IN SUPPORT OF THEIR OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:      July 27, 2023<br>Time:     10:00 a.m.<br>Crtrm.   10D<br><br>Compl. filed: March 9, 2023<br>First Am. Compl. filed: March 27, 2023<br><br>Trial Date:      September 10, 2024 |

Defendant Southern California Association of Governments ("SCAG") hereby objects to the Declaration of Mayor Tony Strickland in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss [Dkt. No. 50-1] ("Strickland Decl."), and the Declaration of Plaintiff Mayor Pro Tem Gracey Van Der Mark in Support of Plaintiffs' Opposition to Defendants' Motion to Dismiss [Dkt. No. 50-2] ("Van Der Mark Decl.") (together, "the City's Declarations") on the grounds that the City's Declarations constitute extrinsic evidence that may not be considered on a motion to dismiss.

Specifically, the scope of review "on a motion to dismiss for failure to state a claim is limited to the contents of the complaint." *Marder v. Lopez*, 450 F.3d 445, 448 (9th Cir. 2006); *see also Lee v. City of Los Angeles*, 250 F.3d 668, 688 (9th Cir. 2001) ["[A] district court may not consider any material beyond the pleadings in ruling on a Rule 12(b)(6) motion"]. There are only "two exceptions" to the rule that review on a motion to dismiss is confined to the contents of the complaint, neither of which are applicable here. *Khoja v. Orexigen Therapeutics, Inc.*, 899 F.3d 988, 998-1008 (9th Cir. 2018) [discussing the incorporation-by-reference doctrine, and judicial notice under Federal Rule of Evidence 201].

Here, the City's Declarations consist of statements and exhibits not pleaded in the City's First Amended Complaint. Strickland Decl. ¶¶ 1-10 and Exh. 10 [discussing the City of Huntington Beach's March 21, 2023 city council meeting which concerned whether to adopt the updated Housing Element, and how the mayor felt during that meeting]; Van Der Mark Decl. ¶¶ 1-10 and Exh. 10 [same]. Accordingly, they are irrelevant and may not be considered on SCAG's Motion to Dismiss the First Amended Complaint. *Marder v. Lopez*, 450 F.3d at 448. As such, SCAG respectfully requests that the Court strike the City's Declarations in their entirety, or decline to consider their contents when ruling on SCAG's Motion to Dismiss the First Amended Complaint.

2

Case No. 8:23-cv-00421

SCAG'S OBJECTIONS TO PLAINTIFFS' DECLARATIONS IN SUPPORT OF THEIR OPPOSITION TO MOTION TO DISMISS FIRST AMENDED COMPLAINT

| | | |
|---|---|---|
| DATED: June 22, 2023 | | MEYERS NAVE |

                                                         By:      /s/  Deborah J. Fox
                                                                  DEBORAH J. FOX
                                                                  DAVID MEHRETU
                                                                 KRISTOF D. SZOKE
                                                                 Attorneys for Defendant
                                                                SOUTHERN CALIFORNIA
                                                                ASSOCIATION OF GOVERNMENTS

5391223