ROB BONTA
Attorney General of California
DANIEL A. OLIVAS
Senior Assistant Attorney General
DAVID PAI, Bar No. 227058
Supervising Deputy Attorney General
MATTHEW STRUHAR, Bar No. 293973
THOMAS KINZINGER, Bar No. 323889
Deputy Attorneys General
　300 S. Spring St.
　Los Angeles, CA 90013
　Telephone: (213) 269-6230
　Fax: (916) 731-2121
　E-mail:　Matthew.Struhar@doj.ca.gov
　　　　　Thomas.Kinzinger@doj.ca.gov

*Attorneys for Defendants Gavin Newsom, in his official capacity as Governor of the State of California, and individually; Gustavo Velasquez, in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; and the California Department of Housing and Community Development*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>GAVIN NEWSOM, in his official capacity as Governor of the State of | 8:23-cv-00421-FWS-ADS<br><br>**NOTICE OF ERRATA RE: REQUEST FOR DECISIONS**<br><br>Courtroom:　10D<br>Judge:　　　The Honorable Fred W. Slaughter<br>Trial Date:　September 10, 2024<br>Action Filed: March 9, 2023 |

| | |
|---|---|
| 1 | **California, and individually;** |
| 2 | **GUSTAVO VELASQUEZ in his official capacity as Director of the** |
| 3 | **State of California Department of** |
| 4 | **Housing and Community Development, and individually;** |
| 5 | **STATE OF CALIFORNIA** |
| 6 | **DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT;** |
| 7 | **SOUTHERN CALIFORNIA** |
| 8 | **ASSOCIATION OF GOVERNMENTS; and DOES 1-50,** |
| 9 | **inclusive,** |
| 10 | Defendants. |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Gavin Newsom, Gustavo Velasquez, and the California Department of Housing and Community Development (HCD) (collectively, the "State Defendants") submit the following Notice of Errata regarding the Request for Decisions, which was originally filed in the United States District Court, Central District of California, on October 30, 2023. *See* ECF No. 68.

Due to an inadvertent error, the Request for Decisions filed by State Defendants was not the version approved for signature and filing by counsel for Defendant Southern California Association of Governments. The Request for Decisions was thus filed in error.

| | | |
|---|---|---|
| 1 | Dated: October 30, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | ROB BONTA<br>Attorney General of California<br>DANIEL A. OLIVAS |
| 4 | | Senior Assistant Attorney General<br>DAVID PAI |
| 5 | | Supervising Deputy Attorney General |
| 6 | | */s/ Matthew T. Struhar* |
| 7 | | MATTHEW T. STRUHAR<br>THOMAS P. KINZINGER |
| 8 | | Deputy Attorneys General<br>*Attorneys for State Defendants* |

# CERTIFICATE OF SERVICE

Case Name: **City of Huntington Beach, et al. v. Gavin Newsom, et al.**   No. **8:23-cv-00421**

I hereby certify that on <u>October 30, 2023</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF ERRATA RE: REQUEST FOR DECISIONS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>October 30, 2023</u>, at Los Angeles, California.

| J. Sissov | /S/ J. Sissov |
|---|---|
| Declarant | Signature |

SA2023301426
66345925.docx