ROB BONTA
Attorney General of California
DANIEL A. OLIVAS
Senior Assistant Attorney General
DAVID PAI, Bar No. 227058
Supervising Deputy Attorney General
MATTHEW STRUHAR, Bar No. 293973
THOMAS KINZINGER, Bar No. 323889
Deputy Attorneys General
300 S. Spring St.
Los Angeles, CA 90013
Telephone: (213) 269-6230
Fax: (916) 731-2121
E-mail: Matthew.Struhar@doj.ca.gov
Thomas.Kinzinger@doj.ca.gov

*Attorneys for Defendants Gavin Newsom, in his official capacity as Governor of the State of California, and individually; Gustavo Velasquez, in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; and the California Department of Housing and Community Development*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

**CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK,**

Plaintiffs,

**v.**

**GAVIN NEWSOM, in his official capacity as Governor of the State of**

8:23-cv-00421-FWS-ADS

**CORRECTED REQUEST FOR DECISIONS** (L.R. 83.9-2.)

Courtroom: 10D

Judge: The Honorable Fred W. Slaughter

Trial Date: September 10, 2024

Action Filed: March 9, 2023

**California, and individually; GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS; and DOES 1-50, inclusive,**

Defendants.

Counsel for Defendants Gavin Newsom, Gustavo Velasquez, and the California Department of Housing and Community Development (HCD) (collectively, the "State Defendants"), and counsel for Defendant the Southern California Association of Governments ("SCAG") respectfully request, pursuant to Local Rule 83.9-2, that this Court make a decision on SCAG's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 44) and State Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint for Lack of Jurisdiction (Doc. No. 45). These two motions have been under submission since June 22, 2023 by operation of Local Rule 83-9.1.1(a).

Under the Local Rules for the U.S. District Court for the Central District of California, the Court has 120 days from the submittal of a motion to rule on the motion. *See* L.R. 83-9.1 ("The Court shall render and file its decision on motions and non-jury trials within 120 days after the matter is submitted for decision."). The Local Rules define "submitted" as either "the date the Court announces on the record in open court, at the conclusion of the hearing thereon, that the matter is submitted for decision" or "the date the last memorandum or other document is

permitted to be filed." L.R. 83.9.1.1(a). "If no oral argument is conducted on the motion, a motion shall be deemed submitted for decision as of the date the last memorandum or other pleading is permitted to be filed." *Id*.

Because the Court did not hear oral argument on either motion (*see* Doc. No. 66), the motions were deemed submitted the last date the State Defendants and SCAG could file memoranda in support of their motion. The Court set a June 22, 2023 deadline for State Defendants and SCAG to file and serve reply memoranda in support of their respective Rule 12 motions in its Order Granting Joint Stipulation to Set Briefing Schedule on Motions Challenging First Amended Complaint. Doc. No. 40. Under the Local Rules, the Court had 120 days from June 22, 2023 to make a decision on the pending Rule 12 motions, which means the Local Rules imposed a deadline of October 20, 2023.

Because the Court has yet to issue a decision, all counsel in this action have an obligation to request, by October 30, 2023, to "file with the Court a joint request that such decision be made without further delay." L.R. 83-9.2.

Counsel for Plaintiffs City of Huntington Beach, Huntington Beach City Council, Tony Strickland, and Gracey Van Der Mark ("Plaintiffs") refused to join this request. According to counsel for Plaintiffs, the matter was not submitted until July 25, 2023. A copy of an email correspondence between counsel on this issue is included as **Attachment A**.

Counsel for State Defendants wish to inform the Court that, in *People of California, et al. v. City of Huntington Beach, et al.*, Legacy Case No. 30-2023-01312235-CU-WM-CJC, which is currently pending in the Superior Court of California for the County of San Diego, the City of Huntington Beach and the Huntington Beach City Council have invoked the pendency of the above-captioned federal action as a basis to stay and abate the above-referenced state court action, which the People of California, by and through the Attorney General, and HCD brought to bring the City into compliance with the State's Housing Element Law.

Counsel for State Defendants and SCAG also wish to inform the Court that Plaintiffs have noticed impermissible apex depositions in the above-captioned federal action, including Governor Newsom and SCAG's Executive Director Kome Ajise. "High-ranking government officials are not normally subject to depositions." *Thomas v. Cate*, 715 F.Supp.2d 1023, 1048 (E.D. Cal. 2010) (citing *Kyle Eng'g Co. v. Kleppe*, 600 F.2d 226, 231 (9th Cir. 1979); *Bogan v. City of Boston*, 489 F.3d 417, 423 (1st Cir. 2007). Plaintiffs are thus using the pendency of the above-captioned federal action—which does not raise a justiciable issue of federal law—to take discovery that is generally impermissible. A copy of Plaintiffs' Notice of Depositions is attached hereto as **Attachment B**. A decision without further delay would thus conserve judicial resources by preventing the parties from litigating discovery issues.

Dated: October 30, 2023

Respectfully submitted,

ROB BONTA
Attorney General of California
DANIEL A. OLIVAS
Senior Assistant Attorney General
DAVID PAI
Supervising Deputy Attorney General

*/s/ Matthew T. Struhar*

MATTHEW T. STRUHAR
THOMAS P. KINZINGER
Deputy Attorneys General
*Attorneys for State Defendants*

Dated: October 30, 2023

MEYERS NAVE

By: */s/ David Mehretu*
DEBORAH J. FOX
DAVID MEHRETU
KRISTOF D. SZOKE
Attorneys for Defendant
SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS

# ATTACHMENT A

**From:** Said, Nadin
**To:** Matthew Struhar; Gates, Michael; Kelemen, Chris; Hoffman, Michele; Fox, Deborah; Mehretu, David; Szoke, Kristof
**Cc:** Thomas Kinzinger
**Subject:** RE: Huntington Beach, et al. v. Newsom, et al. - Joint Request for Decision
**Date:** Monday, October 30, 2023 9:46:16 AM
**Attachments:** image001.png

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

We will likely request a decision on the 130th day from July 25. If you think the City is wrong, then just submit without the City….

Nadin S. Said
Senior Deputy City Attorney
OFFICE OF THE CITY ATTORNEY
CITY OF HUNTINGTON BEACH
2000 Main St., Fourth Floor
Huntington Beach, CA 92648
Ph: (714) 536-5615

Confidentiality Notice: This email may contain material that is confidential, privileged and/or attorney work-product for the sole use of the addressee. Further, this email is protected under the Electronic Communications Privacy Act, 18 U.S.C. Sections 2510-2522. Any review by, reliance, or distribution by others or forwarding to others without express permission of the author is strictly prohibited. If you receive this transmission in error, you are advised that any disclosure, copying, distribution, or the taking of any action in reliance upon the communication is strictly prohibited. Moreover, any such inadvertent disclosure shall not compromise or waive the attorney-client privilege as to this communication. If you have received this communication in error, please immediately notify the sender and delete this e-mail. Thank you.

**From:** Matthew Struhar <Matthew.Struhar@doj.ca.gov>
**Sent:** Monday, October 30, 2023 9:39 AM
**To:** Said, Nadin <Nadin.Said@surfcity-hb.org>; Gates, Michael <Michael.Gates@surfcity-hb.org>; Kelemen, Chris <Chris@surfcity-hb.org>; Hoffman, Michele <michele.hoffman@surfcity-hb.org>; Fox, Deborah <dfox@meyersnave.com>; Mehretu, David <dmehretu@meyersnave.com>; Szoke, Kristof <kszoke@meyersnave.com>
**Cc:** Thomas Kinzinger <Thomas.Kinzinger@doj.ca.gov>
**Subject:** RE: Huntington Beach, et al. v. Newsom, et al. - Joint Request for Decision

Nadin,

The Local Rules are not ambiguous on this point. The motions were submitted on June 22, 2023. The Local Rules defined "submitted" in clear terms: *A motion shall be deemed submitted for decision (i) on the date the Court announces on the record in open court, at the conclusion of the hearing thereon, that the matter is submitted for decision; or (ii) on the date the last memorandum or other document is permitted to be filed.* ***If no oral argument is conducted on the motion, a motion shall be deemed submitted for decision as of the date the last memorandum or other pleading is permitted to be filed***. (L.R. 83-9.1.1.)

As the below minute order shows, the court did not hear oral argument on the motion. That means the matters were deemed submitted as of the date the defendants' reply memoranda on their respective memoranda.

The Local Rules impose a duty on counsel: *If the Court does not render and files its decision on a submitted matter within 120 days of submission, **all counsel shall**, within 130 days after the matter is submitted for decision, file with the Court a joint request that such decision be made without further delay.*

Our obligation here is not subject to reasonable debate.

---

**From:** Said, Nadin <Nadin.Said@surfcity-hb.org>
**Sent:** Monday, October 30, 2023 9:02 AM
**To:** Matthew Struhar <Matthew.Struhar@doj.ca.gov>; Gates, Michael <Michael.Gates@surfcity-hb.org>; Kelemen, Chris <Chris@surfcity-hb.org>; Hoffman, Michele <michele.hoffman@surfcity-hb.org>; Fox, Deborah <dfox@meyersnave.com>; Mehretu, David <dmehretu@meyersnave.com>; Szoke, Kristof <kszoke@meyersnave.com>
**Cc:** Thomas Kinzinger <Thomas.Kinzinger@doj.ca.gov>
**Subject:** RE: Huntington Beach, et al. v. Newsom, et al. - Joint Request for Decision

**EXTERNAL EMAIL:** This message was sent from outside DOJ. Please do not click links or open attachments that appear suspicious.

Good morning,

After researching this local rule, it seems that the matter was taken under submission as of July 25, 2023. I do not want to offend our Honorable Judge by submitting a request prematurely and have him deny it. Please see the email we received in July 25, 2023, below. If you feel that the City is in error, please file this without our signature, as we do not believe the time has yet elapsed to request such decision. Thank you.

The following transaction was entered on 7/25/2023 at 12:53 PM PDT and filed on 7/25/2023

| | |
|---|---|
| **Case Name:** | City of Huntington Beach et al v. Gavin Newsom et al |
| **Case Number:** | 8:23-cv-00421-FWS-ADS |
| **Filer:** | |
| **Document Number:** | 66(No document attached) |

**Docket Text:**
**SCHEDULING NOTICE by Judge Fred W. Slaughter: Before the court are Defendants' Motions to Dismiss Case [44][45]. The court finds these matters appropriate for decision without oral argument. See Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15. Accordingly, the hearings set for July 27, 2023, at 10:00 a.m. are VACATED/OFF CALENDAR and the court takes the matters UNDER SUBMISSION. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. TEXT ONLY ENTRY. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (mku) TEXT ONLY ENTRY**

---

**From:** Matthew Struhar <Matthew.Struhar@doj.ca.gov>

**Sent:** Friday, October 27, 2023 1:10 PM
**To:** Gates, Michael <Michael.Gates@surfcity-hb.org>; Said, Nadin <Nadin.Said@surfcity-hb.org>; Vigliotta, Mike <MVigliotta@surfcity-hb.org>; Kelemen, Chris <Chris@surfcity-hb.org>; Hoffman, Michele <michele.hoffman@surfcity-hb.org>; Fox, Deborah <dfox@meyersnave.com>; Mehretu, David <dmehretu@meyersnave.com>; Szoke, Kristof <kszoke@meyersnave.com>
**Cc:** Thomas Kinzinger <Thomas.Kinzinger@doj.ca.gov>
**Subject:** Huntington Beach, et al. v. Newsom, et al. - Joint Request for Decision

All,

Pursuant to the Local Rules, we need to file a joint request for a decision on the pending Rule 12 motions on or before Monday. I put together the attached. Let me know if you approve, and if we have authorization to affix your electronic signatures.

Thanks,
Matt




**Matthew T. Struhar**
Deputy Attorney General
Land Use and Conservation Section, Public Rights Division
Office of the Attorney General
1300 I Street | P.O. Box 944255 | Sacramento, CA 95814
Telephone (916) 210-7246 | Matthew.Struhar@doj.ca.gov

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

CONFIDENTIALITY NOTICE: This communication with its contents may contain confidential and/or legally privileged information. It is solely for the use of the intended recipient(s). Unauthorized interception, review, use or disclosure is prohibited and may violate applicable laws including the Electronic Communications Privacy Act. If you are not the intended recipient, please contact the sender and destroy all copies of the communication.

# ATTACHMENT B

MICHAEL E. GATES, City Attorney (SBN 258446)
NADIN S. SAID, Senior Deputy City Attorney (SBN 309802)
Office of the City Attorney
2000 Main Street, P.O. Box 190
Huntington Beach, CA 92648
(714) 536-5555
Email: Michael.Gates@surfcity-hb.org
Email: Nadin.Said@surfcity-hb.org

Attorneys for Plaintiffs
CITY OF HUNTINGTON BEACH, HUNTINGTON BEACH CITY COUNCIL, MAYOR TONY STRICKLAND and MAYOR PRO TEM GRACEY VAN DER MARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CITY OF HUNTINGTON BEACH, a California Charter City, and Municipal Corporation, the HUNTINGTON BEACH CITY COUNCIL, MAYOR OF HUNTINGTON BEACH, TONY STRICKLAND, and MAYOR PRO TEM OF HUNTINGTON BEACH, GRACEY VAN DER MARK

Plaintiffs,

v.

GAVIN NEWSOM, in his official capacity as Governor of the State of California, and individually; GUSTAVO VELASQUEZ in his official capacity as Director of the State of California Department of Housing and Community Development, and individually; STATE LEGISLATURE; STATE OF CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; SOUTHERN

CASE NO. 8:23-CV-00421-FWD-ADSx

**PLAINTIFFS' NOTICE OF DEPOSITIONS OF GAVIN NEWSOM, GUSTAVO VELASQUEZ, MICHAEL TILDEN, GRANT PARKS AND KOME AJISE**

CALIFORNIA ASSOCIATION OF GOVERNMENTS; and DOES 1-50, inclusive,

Defendants.

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs CITY OF HUNTINGTON BEACH, HUNTINGTON BEACH CITY COUNCIL, MAYOR TONY STRICKLAND and MAYOR PRO TEM GRACEY VAN DER MARK will take the oral depositions of the following Individuals at the following dates and times in the office of attorneys for Plaintiffs, located at 2000 Main Street, 4th Floor, Huntington Beach, CA 92648, (714) 536-5555.

| DEPONENT | DATE | TIME |
|---|---|---|
| Gustavo Velasquez (Defendant/Director the State of California Department of Housing and Community Development) | November 27, 2023 | 9:30 a.m. |
| Gavin Newsom (Defendant/ Governor of the State of California) | November 28, 2023 | 9:30 a.m. |
| Michael Tilden (former California State Auditor) | November 29, 2023 | 9:30 a.m. |
| Grant Parks (current California State Auditor) | November 30, 2023 | 9:30 a.m. |
| Kome Ajise (Executive Director of Defendant Southern California Association of Governments) | December 1, 2023 | 9:30 a.m. |

The deposition testimony of each individual will be taken stenographically and will be videotaped.

/ / /

/ / /

The depositions will be taken under the provisions of Rule 30 of the Federal Rules of Civil Procedure, and is based upon the records and files in the above-entitled action.

Dated: October 18, 2023 MICHAEL E. GATES, CITY ATTORNEY

By: */s/ MICHAEL E. GATES*
MICHAEL E. GATES, CITY ATTORNEY
Attorney for Plaintiffs,
CITY OF HUNTINGTON BEACH,
HUNTINGTON BEACH CITY COUNCIL,
MAYOR TONY STRICKLAND and
MAYOR PRO TEM GRACEY VAN DER MARK

# PROOF OF SERVICE

UNITED STATES DISTRICT COURT ) ss.
CENTRAL DISTRICT OF CALIFORNIA )

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 2000 Main Street, Huntington Beach, CA 92648.

On October 19, 2023, I served the foregoing document described as: **PLAINTIFFS' NOTICE OF DEPOSITIONS OF GAVIN NEWSOM, GUSTAVO VELASQUEZ, MICHAEL TILDEN, GRANT PARKS AND KOME AJISE** on the interested parties in this action by placing a true copy thereof in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

a. [X] BY MAIL -- I caused such envelope to be deposited in the mail at Huntington Beach, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the City's practice of collection and processing correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of a party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in the affidavit.

b. [X] BY ELECTRONIC SERVICE to the email addresses listed on the attached service list.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 19, 2023, at Huntington Beach, California.

**CHRISTINA KELEMEN** [signature]

**SERVICE LIST**

ROB BONTA,
Attorney General of California
DANIEL A. OLIVAS,
Senior Assistant Attorney General
DAVID PAI,
Supervising Deputy Attorney General
MATTHEW STRUHAR,
Deputy Attorney General
THOMAS KINZINGER,
Deputy Attorney General
1300 I Street, 15th Floor
Sacramento, CA 95814

Attorneys for Defendants Gavin Newsom, Gustavo Velasquez, and California Department of Housing and Community Development
T: (916) 210-7246; Fax: (916) 731-2121
Matthew.Struhar@doj.ca.gov
Thomas.Kinzinger@doj.ca.gov

Deborah J. Fox, Esq.
David Mehretu, Esq.
Kristof D. Szoke, Esq.
MEYERS NAVE
707 Wilshire Blvd., 24th Floor
Los Angeles, CA 90017

Attorneys for Defendant
SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENTS
T: (213) 626-2906; Fax: (213) 626-0215
dfox@meyersnave.com
dmehretu@meyersnave.com
kszoke@meyersnave.com

# CERTIFICATE OF SERVICE

Case Name: **City of Huntington Beach, et al. v. Gavin Newsom, et al.** No. **8:23-cv-00421**

I hereby certify that on October 30, 2023, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**CORRECTED REQUEST FOR DECISIONS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on October 30, 2023, at Los Angeles, California.

| J. Sissov | */s/ J. Sissov* |
|---|---|
| Declarant | Signature |

SA2023301426
66345922.docx