

Molly C. Dwyer
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000



**FILED**

NOV 22 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## DOCKETING NOTICE

| | |
|---|---|
| Docket Number: | 23-3694 |
| Originating Case Number: | 8:23-cv-00421-FWS-ADS |
| Short Title: | City of Huntington Beach, et al. v. Newsom, et al. |

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Motions filed along with the notice of appeal in the district court are not automatically transferred to this court for filing. Any motions seeking relief from this court must be separately filed in this court's docket.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**Failure of the appellant to comply with the time schedule order may result in dismissal of the appeal.**

**Please read the enclosed materials carefully.**



Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

# TIME SCHEDULE ORDER

Docket Number: 23-3694
Originating Case Number: 8:23-cv-00421-FWS-ADS

Case Title: City of Huntington Beach, et al. v. Newsom, et al.

**Monday, November 27, 2023**

| | |
|---|---|
| City of Huntington Beach | Mediation Questionnaire due |
| Huntington Beach City Council | Mediation Questionnaire due |
| Tony Strickland | Mediation Questionnaire due |
| Gracey Van Der Mark | Mediation Questionnaire due |

**Monday, January 1, 2024**

| | |
|---|---|
| City of Huntington Beach | Appeal Opening Brief (No Transcript Due) |
| Huntington Beach City Council | Appeal Opening Brief (No Transcript Due) |
| Tony Strickland | Appeal Opening Brief (No Transcript Due) |
| Gracey Van Der Mark | Appeal Opening Brief (No Transcript Due) |

**Wednesday, January 31, 2024**

| | |
|---|---|
| Gavin Newsom | Appeal Answering Brief (No Transcript Due) |

| | |
|---|---|
| Gustavo Velasquez | Appeal Answering Brief (No Transcript Due) |
| California State Legislature | Appeal Answering Brief (No Transcript Due) |
| California Department of Housing and Community Development | Appeal Answering Brief (No Transcript Due) |
| Does | Appeal Answering Brief (No Transcript Due) |
| Southern California Association of Government | Appeal Answering Brief (No Transcript Due) |

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.2. If there were no reported hearings, the transcript deadlines do not apply.

The optional reply may be filed within 21 days of service of the answering brief. See Fed. R. App. P. 31 and 9th Cir. R. 31-2.1.

**Failure of the appellant to comply with the time schedule order may result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**