UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 2 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City and Municipal Corporation; et al.,<br><br>Plaintiffs - Appellants,<br><br>v.<br><br>GAVIN NEWSOM, individually and in his official capacity as Governor of the State of California; et al.,<br><br>Defendants - Appellees,<br><br>----------------------------------------<br><br>CALIFORNIA POLICY CENTER, INC.,<br><br>Amicus Curiae - Pending. | No. 23-3694<br><br>D.C. No. 8:23-cv-00421-FWS-ADS<br>Central District of California, Santa Ana<br><br>ORDER |

Before: TALLMAN, R. NELSON, and BRESS, Circuit Judges.

Appellees are directed to file a response to the petition for rehearing en banc filed on November 13, 2024. *See* Dkt. 54. The response shall not exceed 15 pages or 4,200 words, and shall be filed within 21 days of the date of this order.