| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | APR 29 2025 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| CITY OF HUNTINGTON BEACH, a California Charter City and Municipal Corporation; HUNTINGTON BEACH CITY COUNCIL; TONY STRICKLAND, Mayor of Huntington Beach; GRACEY VAN DER MARK, Mayor Pro Tem of Huntington Beach, | No. 23-3694<br><br>D.C. No. 8:23-cv-00421-FWS-ADS<br><br>Central District of California, Santa Ana<br><br>MANDATE |
| Plaintiffs - Appellants, | |
| v. | |
| GAVIN NEWSOM, in his official capacity as Governor of the State of California; GUSTAVO VELASQUEZ, in his official capacity as Director of the State of California Department of Housing and Community Development; CALIFORNIA DEPARTMENT OF HOUSING AND COMMUNITY DEVELOPMENT; DOES, 1-50, inclusive; SOUTHERN CALIFORNIA ASSOCIATION OF GOVERNMENT, | |
| Defendants - Appellees. | |

The judgment of this Court, entered October 30, 2024, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT